UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIP PATINO,

           Plaintiff,

     v.

JOHN DOE,

           Defendant.

Case No. 25-cv-11020-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff Philip Patino has not complied with my Order to file a complaint and an application to proceed in forma pauperis (or submit full payment for the filing fee). (Dkt. No. 5.) Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with my Order, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Patino may move to reopen. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; (ii) contain a complaint on this Court's form; and (iii) contain a complete application to proceed in forma pauperis or full payment for the $405.00 filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 29, 2026

WILLIAM H. ORRICK
United States District Judge

United States District Court
Northern District of California